Dixon H. ISAAC, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 02–7078.

United States Court of Appeals, Federal Circuit.

June 14, 2004.

Kyle E. Chadwick, Principal Attorney, Jeanne E. Davidson, David M. Cohen, of Counsel, Washington, DC, for Respondent–Appellee.

Kenneth M. Carpenter, Principal Attorney, Carpenter, Chartered, Topeka, KS, for Claimant–Appellant.

*ORDER*

Upon consideration of the appellant's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.

Barry S. KOHL, Petitioner,

v.

UNITED STATES POSTAL SERVICE, Respondent.

No. 04–3218.

United States Court of Appeals, Federal Circuit.

June 15, 2004.

Barry S. Kohl, of Counsel, Panorama City, CA, pro se.

Robert P. Sindermann, Jr., Principal Attorney, Christopher J. Burton, Washington, DC, David M. Cohen, Richard S. Ewing, Franklin E. White, of Counsel, Department of Justice, Washington, DC, for Respondents.

ORDER

Petitioner having paid the initial filing fee, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RE-CALLED, and the petition for review is REINSTATED.

Respondent should compute the due date for filing its brief from the date of filing of this order.